# U.S. District Court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

## New York Eastern - Central Islip

★ MAR 05 2026 ★

LONG ISLAND OFFICE

Receipt Date: Mar 5, 2026 12:43PM

Edgar K Vasquez-Herrera
Central Islip, NY 11722

| Rcpt. No: 200006605 | Trans. Date: Mar 5, 2026 12:43PM | | Cashier ID: #KS (2380) | |
| --- | --- | --- | --- | --- |
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 202 | Writ of Habeas Corpus | | 1 | 5.00 | 5.00 |

| CD | Tender | | | Amt |
| --- | --- | --- | --- | --- |
| MO | Money Order | #55110756599 | 03/5/2026 | $5.00 |
| | | | Total Due Prior to Payment: | $5.00 |
| | | | Total Tendered: | $5.00 |
| | | | Total Cash Received: | $0.00 |

**Comments:** 26-cv-01229-GRB

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.