Attachment A5 Conditions of Release Upon Recognizance Bond   Case 2:26-cv-01229-GRB   Document 3   Filed 03/03/26   Page 3 of 3 PageID #: 37

## UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

Edgar K. Vasquez-Herrera, Petitioner        Case No. 26-1229

v. Bondi, et al. , Respondents

### CONDITIONS OF RELEASE UPON RECOGNIZANCE

The above-named petitioner has been released subject to the Conditions of Release below and upon **Personal Recognizance** on the petitioner's commitment to appear at all scheduled proceedings as required and upon the following:

The petitioner's release is subject to the following conditions, which the Court has found are the least restrictive conditions necessary to reasonably assure the appearance of the petitioner as required and the safety of any other person and the community:

(1)   The petitioner must appear in court and for immigration proceedings as required.
(2)   The petitioner must not commit a federal, state or local crime while on release.
(3)   The petitioner must advise the Court in writing before making any change in residence or telephone number.
(4)   The petitioner must not possess a firearm, destructive device or other dangerous weapon.
(5)   The petitioner must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Marijuana is still prohibited under federal law.

### RELEASE OF THE BOND

The release order may be terminated at any time by the Court. This undertaking will be deemed satisfied when the Petition is resolved.

### ADVICE OF PENALTIES AND SANCTIONS

TO THE PETITIONER – YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

### ACKNOWLEDGMENT OF THE PETITIONER

I acknowledge that I am the petitioner in this case and that I am aware of the conditions of release. I promise to obey all conditions of release and to appear as directed. I am aware of the penalties and sanctions set forth above.

Translated by: Emily Fuentes

Edgar Vasquez
Petitioner's Signature

Date: 3/4/26

Petitioner: Edgar Vasquez-Herrera, Case # 26-1229

### Certificate of Translation

I, Emily Fuentes, being proficient in both the English and Spanish languages, do hereby certify that I have read a true and complete Spanish translation to Petitioner from the original document written in English.

Sworn to Before Me This
5th day of March, 2026

Emily Fuentes
Jadeja-Cimone Law, PC
50 Clinton Street, Suite 501
Hempstead, NY 11550
(516) 414-0080

Notary Public

STEPHANIE CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CR6429342
Qualified in Nassau County
My Commission Expires 02-14-2030