**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*
May 5, 2026

Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Edgar K. Vasquez-Herrera v. Bondi,* 26-cv-1229 (Brown, J.)

Dear Judge Brown:

This Office represents Respondents in the above referenced habeas matter. Respondents respectfully submit this letter to supplement its April 20, 2026 response to the Order to Show Cause why the petition for a writ of habeas corpus should not be granted ("Response") (Docket Entry ("DE") 10).

On April 28, 2026, the Second Circuit held in *Da Cunha v. Freden*, No. 25-3141, 2026 WL 1146044, *2 (2d Cir. April 28, 2026) that 8 U.S.C. § 1225(b)(2)(A) does not apply to aliens who are present in the United States after entering the country without inspection and admission, and who were not apprehended at or near the border at the time of entry. Rather, the Second Circuit ruled, 8 U.S.C. § 1226(a) applies. The Government is still evaluating its next steps in *Da Cunha*.

Respondents respectfully acknowledge that *Da Cunha* controls and would lead this Court to grant the petition. For purposes of a potential future appeal in the event *Da Cunha* is vacated, stayed, or overruled, Respondents respectfully preserve their arguments that Section 1225(b)(2)(A) applies.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ *Megan J. Freismuth*
Megan J. Freismuth
Assistant United States Attorney

cc: By ECF
All Counsel of Record